# United States District Court
# For The Western District of North Carolina
# Statesville Division

DERRICK DEVONCE BRYANT,

      Plaintiff(s),

vs.

SHERIFF PHIL REDMAN, NURSE BAKER,
NURSE NORMA, NURSE GUY,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV27-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 9, 2007, Order.

      Signed: March 9, 2007

      Frank G. Johns, Clerk
      United States District Court