# United States District Court
# For The Western District of North Carolina
# Statesville Division

DERRICK DEVONCE BRYANT,

       Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:07CV27-1-MU

SHERIFF PHIL REDMAN, NURSE BAKER,
NURSE NORMA, NURSE GUY,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 9, 2007, Order.

                             Signed: March 9, 2007

                             Frank G. Johns, Clerk
                             United States District Court