# United States District Court
# For The Western District of North Carolina
# Statesville Division

DERRICK DEVONCE BRYANT,

    Plaintiff(s),

vs.

SHERIFF PHIL REDMAN, NURSE BAKER, NURSE NORMA, NURSE GUY,

    Defendant(s).

AMENDED JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV27-1-MU

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 10, 2007, Order. Plaintiff's state law claims are dismissed without prejudice.

Signed: April 10, 2007

Frank G. Johns, Clerk
United States District Court